RONALD K. ALBERTS (SBN 100017)
AMBER M. McGOVERN, (SBN 230551)
BERGER KAHN
A Law Corporation

Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4215 Glencoe Avenue, 2nd Floor
  Marina del Rey, CA  90292-5634
Tel:  (310) 821-9000  ●  Fax: (310) 578-6178
ralberts@bergerkahn.com

Attorneys for AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE KINGSLEY | CASE NO. 1:05-CV-01242 AWI-SMS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| AETNA LIFE INSURANCE, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendant AETNA LIFE INSURANCE ("defendant"), hereby gives notice that effective February 21, 2006, defense attorneys Ronald K. Alberts of Gordon Rees, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071, Phone: (213) 576-5000 Fax: (213) 680-4470, email address ralberts@gordonrees.com, are hereby substituted as the attorneys of record for defendant in this action in the place of Ronald K. Alberts and Amber M. McGovern of Berger Kahn, located at

4215 Glencoe Avenue, 2nd Floor, Marina del Rey, California 90292.

DATED: February 15, 2006          AETNA LIFE INSURANCE COMPANY


By: /s/
  Susan L. Gorna
  Counsel
  Aetna Life Insurance Company

We agree to serve as counsel for Defendant in this action.

DATED: February 17, 2006          GORDON & REES


By: /s/
  Ronald K. Alberts
  Attorneys for defendant AETNA
  LIFE INSURANCE COMPANY

We agree to resign as counsel for defendant in this action.

DATED: February 17, 2006          BERGER KAHN


By: /s/
  Allen Michel
  Former attorneys for defendant
  AETNA LIFE INSURANCE
  COMPANY

IT IS SO ORDERED.


Dated:   **March 10, 2006**                /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE

2